UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO CUELLO,

                Movant,

    -against-

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

16 Civ. 3287 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On October 24, 2019, this Court granted Cuello's petition to vacate his Section 924(c) conviction. Accordingly, the Clerk of the Court is directed to close this case

Dated: New York, New York
       October 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge